**Patricia J. Ohlund**
Fritschestrasse 47,
10627 Berlin, Germany
Tel: 0049 - 30 323 7795
Email: patti_ohlund@hotmail.com

September 6, 2022

The Honorable Lorna G. Schofield
Southern District of New York


RE:    **Ohlund v. Blinken [22-cv-01005-LGS]**
       **Request that Venue remain in Southern District of New York**


Dear Judge Schofield,

I ask that the Court consider my request to keep the venue of jurisdiction in the Southern District of New York and not transfer it to the District of Columbia as requested by the Defendant.

Although I do not live in the United States, I have family residing near the Southern District of New York. The Defendant is an official representing a U.S. Government agency whose headquarters in Washington, DC, but which has operations in New York. For this reason, I filed my Employment Discrimination Complaint with your District on February 2, 2022. With your Order of Service issued on February 16, 2022, I considered the topic of jurisdiction to be accepted as it would otherwise have been immediately transferred to the District of Columbia upon receipt. A venue transfer now, after eight months within your jurisdiction, presents an additional hardship for me.

In addition, I am *pro se* and have established contact with the New York Legal Assistance Group. The NYLAG is informed of my case and offers legal assistance that would not be readily available to me should my case be transferred to the District of Columbia.

The federal court has jurisdiction because there is a federal question jurisdiction.  The U.S. District Court for Southern New York has extensive experience in applying foreign law when appropriate and is one of the most influential and active Federal District Courts in the United States. I am complaining of age discrimination of an American Locally Employed Staff working for the U.S. Government in the Embassy in Berlin, Germany, who was discriminated against not only under U.S. ADEA but also under the German law for Equal Treatment (Allgmeines Gleichbehandlungsgesetz – AGG).  It would be most proper if this court adjudicates this complaint matter.

Thank you for your consideration.


Respectfully,


/s/Patricia J. Ohlund
***PRO SE***

**Patricia J. Ohlund**
Fritschestrasse 47,
10627 Berlin, Germany
Tel: 0049 - 30 323 7795
Email: patti_ohlund@hotmail.com